# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **GEL BLASTER, INC. F/K/A GEL BLASTER, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**HASBRO, INC.,**<br><br>　　　　**Defendant.** | **Civil Action No. 1:22-cv-828-LY** |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that David M. Hoffman of the law firm of Fish & Richardson P.C., 111 Congress Avenue, Suite 810, Austin, TX 78701, will appear as counsel of record for Defendant, Hasbro, Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Dated: August 31, 2022                    Respectfully Submitted,

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
    David M. Hoffman
    Texas Bar No. 24046084
    hoffman@fr.com
    111 Congress Avenue, Suite 810
    Austin, TX 78701
    Tel: (512) 472-5070
    Fax: (512) 320-8935

**COUNSEL FOR DEFENDANT,
HASBRO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 31, 2022, and was served via CM/ECF on all counsel of record.

*/s/ David M. Hoffman*
David M. Hoffman