IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| GEL BLASTER, INC. F/K/A<br>GEL BLASTER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-828-LY |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having considered Defendant's, unopposed motion for extension of time to answer, object to, move, or otherwise respond to Plaintiff's Complaint to and including October 10, 2022, finds that the unopposed motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, it is hereby ORDERED that the deadline for Defendant to answer, object to, move, or otherwise respond to Plaintiff's Complaint is extended until and including October 10, 2022.

SO ORDERED.

Dated: September 6, 2022.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE