IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEL BLASTER, INC. F/K/A GEL BLASTER, LLC, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. 1:22-CV-828-LY |
| HASBRO, INC., | § § | |
| DEFENDANT. | § § | |

FILED
DEC 21 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER SETTING HEARING

**IT IS ORDERED** that the above-referenced cause is **SET** for a hearing on all pending motions on **Tuesday, January 24, 2023, at 9:30 a.m.** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this **21st** day of December, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE