UNITED STATES DISTRICT COURT

Western District of Texas

## Alternative Dispute Resolution Summary

1. Style of case: Gel Blaster, Inc. (Plaintiff and Counter-Defendant) v. Hasbro, Inc. (Defendant and Counter-Plaintiff)

2. Civil action number: 1:22-cv-00828-LY

3. Nature of suit: Breach of Contract / Misappropriation of Trade Secrets / Patent Infringement / Trademark Infringement

4. Date of Mediation: April 20, 2023

5. When did the case settle?  ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee?  $ 14,375   or   ☐ Pro Bono

7. How was this Mediation initiated?  ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: Scott W. Doyle, Esq. | Name: David M. Hoffman, Esq. |
| Address: 3050 K Street, NW, Suite 400, Washington, DC 20007 | Address: 111 Congress Avenue, Suite 810, Austin, Texas 78701 |
| Phone: 202.342.8845 | Phone: 512.226.8154 |
| Name: Jeffrey Shneidman, Esq. | Name: William C. Petit, Esq. |
| Address: One Marina Park Drive, Boston, Massachusetts 02210 | Address: 515 Post Oak Boulevard, Suite 900, Houston, Texas 77027 |
| Phone: 617.956.5948 | Phone: 713.355.5001 |

9. Additional comments: Outside counsel participating also included David Barkan, Esq., Fish & Richardson PC, 500 Arguello Street, Suite 400, Redwood City, California 94063 / 650.839.5070

*John DeGroote*  Digitally signed by John DeGroote  Date: 2023.04.25 15:55:28 -05'00'
Signature of Neutral

Date: April 25, 2023

DeGroote Partners, LLC
Address

Phone: 214.288.6864

501 S 2nd Avenue, A-700 | Dallas | 75226

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*